IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| | * | |
| IN RE SOURCEFIRE, INC. | * | Civil No. JFM 07-1210 |
| SECURITIES LITIGATION | * | |
| | * | |
| | * | |
| | * | |
| | ***** | |

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 23rd day of April,

2008

ORDERED that defendants' Motion to Dismiss is granted in part and denied in part.


/s/_____
J. Frederick Motz
United States District Judge