**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| IN RE SOURCEFIRE, INC. SECURITIES LITIGATION | Master File No. 07-cv-01210-JFM<br><br>JUDGE J. FREDERICK MOTZ |

**SUPPLEMENTAL FILING IN SUPPORT OF MOTION OF LEAD PLAINTIFF FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT AND PLAN OF ALLOCATION, AND LEAD COUNSEL'S APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

The date to object to the Settlement Agreement, Plan of Allocation and Lead Counsel's application for attorneys' fees and reimbursement of expenses in the above referenced matter has now passed.  The date to file such objections was May 22, 2009, and Plaintiffs' counsel is not aware of any objection that was filed in connection with this matter.  In addition, as set forth in the papers in support of final approval of the Settlement Agreement, Plan of Allocation and application for attorneys' fees and reimbursement of expenses (which were filed on May 13, 2009 [Dkt # 65]), the date to opt-out of the settlement (April 23, 2009) has also passed and no opt-out requests were filed.  Therefore, to date, Plaintiffs' counsel is not aware of any objections or requests for exclusion with respect to the Settlement Agreement, Plan of Allocation or application for attorneys' fees and reimbursement of expenses.

DATED:  June 2, 2009                    Respectfully Submitted,

                                                      TYDINGS & ROSENBERG LLP

                                                      By:  */s/ John B. Isbister*
                                                      John B. Isbister, Federal Bar No. 00639
                                                      Jaime W. Luse, Federal Bar No. 27394
                                                      100 East Pratt Street, 26th Floor
                                                      Baltimore, MD 21202
                                                      Telephone: (410) 752-9700
                                                      Facsimile: (410) 727-5460

                                                       *Liaison Counsel for Lead Plaintiff and the Proposed Class*


                                                       KAPLAN FOX & KILSHEIMER LLP
                                                       Robert N. Kaplan
                                                       Linda P. Nussbaum
                                                       Hae Sung Nam
                                                       Aviah Cohen Pierson
                                                       850 Third Avenue, 14th Floor
                                                       New York, NY  10022
                                                       Telephone: (212) 687-1980
                                                       Facsimile: (212) 687-7114

                                                       *Lead Counsel for Lead Plaintiff and the Proposed Class*